UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JAMES A. OFFRINGA, pro se,

Plaintiff,

v

DAVENPORT UNIVERSITY,

Defendant.

Case No. 1:09-cv-30

Honorable Janet T. Neff
Magistrate Judge Ellen S. Carmody

| James A. Offringa, Plaintiff Pro Se<br>6026 Woodfield Drive, Apt. 4<br>Grand Rapids, Michigan 49548<br>(616) 455-2681 | David A. Rhem (P-38037)<br>Varnum<br>Attorneys for Defendant<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, Michigan  49501-0352<br>(616) 336-6629<br>darhem@varnumlaw.com |
| --- | --- |

## STIPULATION AND ORDER FOR DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

The parties do hereby stipulate and agree to dismiss the captioned matter with prejudice and without costs to either party.

Respectfully submitted,

Dated: 10/29/09

_____
James A. Offringa, Plaintiff Pro Se
6026 Woodfield Drive, Apt. 4
Grand Rapids, Michigan 49548
(616) 455-2681

Dated: 10/29/09

_____
David A. Rhem (P-38037)
Attorney for Defendant Davenport University
Bridgewater Place, P.O. Box 352
Grand Rapids, Michigan 49501-0352
(616) 336-6629

IT IS SO ORDERED.  **This Order resolves the last pending claim and closes the case.**

Dated:  October 30, 2009

/s/ Janet T. Neff
Honorable Janet T. Neff
U.S. District Court Judge

2633764_1.DOC